1
2
3
4
5
6
7
8            IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

**United States District Court**
For the Northern District of California

11   DERRELL MORGAN ,                )   No. C 10-03294 EJD (PR)
                                      )
12              Petitioner,           )   JUDGMENT
                                      )
13        vs.                         )
                                      )
14                                    )
     GARY SWARTHOUT, Warden,          )
15                                    )
                Respondent.           )
16                                    )
                                      )
17   _____     )

18            For the reasons stated in the order denying the petition for a writ of habeas

19   corpus, judgment is entered in favor of Respondent and against Petitioner.

20            The Clerk shall close the file.

21

22   DATED: _____11/2/2012_____        _____
                                            EDWARD J. DAVILA
23                                          United States District Judge

24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA


DERRELL MORGAN,

               Petitioner,

  v.

GARY SWARTHOUT,

               Respondent.

_____/

Case Number: CV 10-03294 EJD

**CERTIFICATE OF SERVICE**


I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on _____11/2/2012_____, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.


Derrell  Morgan F52008
CTF - North RA 124-U
P. O. Box 705
Soledad,  CA 93960

Dated: _____11/2/2012_____

               Richard W. Wieking, Clerk
/s/  By: Elizabeth Garcia, Deputy Clerk

Derrell  Morgan F52008
CTF - North RA 124-U
P. O. Box 705
Soledad,  CA 93960


CV10-03294 EJD