IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRELL MORGAN , | ) No. C 10-03294 EJD (PR) |
| Petitioner, | ) JUDGMENT |
| vs. | ) |
| GARY SWARTHOUT, Warden, | ) |
| Respondent. | ) |

    For the reasons stated in the order denying the petition for a writ of habeas corpus, judgment is entered in favor of Respondent and against Petitioner.

    The Clerk shall close the file.

DATED:  11/2/2012

EDWARD J. DAVILA
United States District Judge

G:\PRO-SE\SJ.EJD\HC.10\Morgan03294_judgment.wpd
Judgment

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

DERRELL MORGAN,

        Petitioner,

  v.

GARY SWARTHOUT,

        Respondent.
                                      /

Case Number: CV 10-03294 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  11/2/2012 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Derrell Morgan F52008  
CTF - North RA 124-U  
P. O. Box 705  
Soledad, CA 93960

Dated:  11/2/2012

                                                  Richard W. Wieking, Clerk  
                                  /s/ By: Elizabeth Garcia, Deputy Clerk

Derrell Morgan F52008
CTF - North RA 124-U
P. O. Box 705
Soledad, CA 93960


CV10-03294 EJD